KATHERINE PAVLISCAK *v.* BRIDGEPORT HOSPITAL

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 580 (AC 16258), is denied.

*Thomas Mangines,* in support of the petition.

*Michael N. LaVelle,* in opposition.

Decided June 17, 1998

DONALD E. AHERN *v.* STATE EMPLOYEES
RETIREMENT COMMISSION

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 482 (AC 16330), is denied.

*Jason W. Cohen,* in support of the petition.

*Sharon A. Scully,* assistant attorney general, in opposition.

Decided June 17, 1998